IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JULIO ENRIQUE SANCHEZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | |
| ALLSTATE FIRE AND CASUALTY | § | |
| INSURANCE COMPANY | § | JURY DEMANDED |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Defendant in the above cause, and pursuant to Rule 15, Federal Rules of Civil Procedure, and 28 U.S.C. Sections 1441 and 1332, files this its Notice of Removal and in connection therewith would respectfully show the Court the following:

### I.
### BACKGROUND

Petitioner is the Defendant in a civil action now pending in the 444th Judicial District Court of Cameron County, Texas, Cause Number 2022-DCL-00610, styled ***Julio Enrique Sanchez vs. Allstate Fire and Casualty Insurance Company,*** wherein Plaintiff seeks monetary relief for underinsured motorist benefits and claims for breach of the duty of good faith and fair dealing.

### II.
### BASIS FOR REMOVAL

The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that the Defendant is diverse in citizenship from the Plaintiff. Defendant is not a citizen of the State of Texas.

### III.
### DIVERSITY IN CITIZENSHIP

The Plaintiff, JULIO ENRIQUE SANCHEZ, is domiciled in Cameron County, in the State of Texas, and was domiciled there at the time this action commenced. Plaintiff was at that time and is now a citizen of the State of Texas.

Allstate Fire and Casualty Insurance Company, the Defendant, is a corporation incorporated under the laws of the State of Illinois, having its principal place of business now and at the time this action was commenced at Northbrook, Cook County, in the State of Illinois. Defendant is now, and was at the time this action was commenced, a citizen of the State of Illinois and of no other state.

Accordingly, diversity of citizenship exists among the parties.

## IV.
## AMOUNT IN CONTROVERSY

The amount in controversy in this action exceeds, exclusive of interests and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00). Plaintiff seeks damages of $250,000.00 or less including damages of any kind, penalties, costs, expenses, pre-judgement interest, and attorney's fees. *See Paragraph II of Plaintiff's Original Petition.* Plaintiff asserts causes of action for uninsured/underinsured motorist benefits and breach of duty of good faith and fair dealing. *See paragraphs VII and VIII of Plaintiff's Original Petition.* Plaintiff claims damages for policy benefits of $50,000; as well as damages for mental pain, suffering, anguish and depression as a result of the alleged breach of the duty of good faith and fair dealing. *See paragraph VIII of Plaintiff's Original Petition.* Further, Plaintiff seeks attorney's fees and exemplary damages. *See paragraphs IX and X of Plaintiff's Original Petition.* Finally, Plaintiff seeks a statutory penalty for prompt payment violations pursuant to Article 21.55 (now Chapter 542 of the Texas Insurance Code). *See paragraph XII and Prayer of Plaintiff's Original Petition.*

Should Plaintiff prevail on the claims against Defendant stated in the Plaintiff's Original

Petition, attached to this Notice, Plaintiff would be entitled to damages in excess of Seventy-Five Thousand Dollars ($75,000.00). Plaintiff has not filed a binding stipulation of damages. Based on Plaintiff's Petition and causes of action plead and damage allegations, it is facially apparent that he seeks more than $75,000 in damages.

## V.

Removal of this action is proper under 28 U.S.C. §1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. §1332 because the Plaintiff and Defendant are diverse in citizenship and the amount in controversy exceeds $75,000.00.

## VI.

This notice of removal is being filed within thirty (30) days after receipt by Defendant of Plaintiff's Original Petition, which was the first notice to Defendant of this lawsuit. This removal is filed under 28 U.S.C. Section 1446(b).

## VII.

Defendant's time to answer or remove with respect to the Plaintiff's Original Petition has not expired. Plaintiff's Original Petition was served on the Defendant on February 8, 2022.

## VIII.

This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. Section 1331 and this action may be removed to this Court by Petitioner, pursuant to the provisions of 28 U.S.C. Section 1441. Copies of all pleadings including the docket sheet on file with the State Court are attached hereto.

WHEREFORE, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Defendant in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. §1446, removes this action for trial from the in the 444th Judicial District Court

of Cameron County, Texas to this Court, on this 8th day of March, 2022.

                        Respectfully submitted,

                        BY:    */s/ Rosemary Conrad-Sandoval*
                        Rosemary Conrad-Sandoval
                        Attorney-in-charge
                        State Bar #04709300
                        Federal ID #13738

                        Of Counsel
                        ROERIG, OLIVEIRA & FISHER, L.L.P.
                        10225 North 10th Street
                        McAllen, Texas 78504
                        (956) 393-6300
                        (956) 386-1625 (Fax)

                        ATTORNEYS FOR DEFENDANT

## VERIFICATION

THE STATE OF TEXAS        :
                          :
COUNTY OF HIDALGO         :

I, ROSEMARY CONRAD-SANDOVAL, being first duly sworn, depose and say that: I am counsel for Petitioner, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY; I am familiar with the contents of the above; and to the best of my knowledge the contents thereof are true and correct.

_____
ROSEMARY CONRAD-SANDOVAL

SUBSCRIBED AND SWORN TO BEFORE ME by the said ROSEMARY CONRAD-SANDOVAL, this 8th day of March, 2022, to certify which witness my hand and seal of office.

VIVIANA SUJEY MIRAMONTEZ
Notary Public, State of Texas
Comm. Expires 02-24-2024
Notary ID 130552285

_____
Notary Public, State of Texas

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been forwarded to the Attorney for Plaintiff, as follows:

Reynaldo Ortiz
LAW OFFICE OF REYNALDO ORTIZ, L.P.
1304 East Nolana Loop, Suite F
McAllen, Texas 78504

on this 8th day of March, 2022.

                                                      /s/ *Rosemary Conrad-Sandoval*
                                                  ROSEMARY CONRAD-SANDOVAL